NUMBER 13-11-00157-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE TRACTOR SUPPLY CO. OF TEXAS, LP D/B/A

TRACTOR SUPPLY COMPANY #1104, 

TRACTOR SUPPLY COMPANY, AND VICTOR FONSECA

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Justices Garza, Vela, and Perkes

Memorandum Opinion Per Curiam[1]

Relators, Tractor
Supply Co. of Texas, LP d/b/a Tractor Supply Company #1104, Tractor Supply
Company, and Victor Fonseca, filed a petition for writ of mandamus on March 22,
2011.  The parties to this original proceeding have now filed an “Agreed Motion
to Dismiss in Aid of Settlement.”  According to this motion, the parties have
fully and finally compromised and settled all matters of fact and things in
controversy between them.  Accordingly, the parties request that we dismiss
this original proceeding with prejudice.  

The Court, having
examined and fully considered the agreed motion to dismiss, is of the opinion
that the motion should be granted.  Accordingly, we GRANT the motion to dismiss
and DISMISS this original proceeding with prejudice. 

It is so ORDERED.

 

                              
                                                             

                                                                                    PER
CURIAM

 

 

Delivered and filed 

the 4th day of May, 2011.

 

                                                            









[1] See Tex. R. App. P. 52.8(d) (“When denying relief, the court may
hand down an opinion but is not required to do so.”); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).